

AUSTIN_000307