

AUSTIN_000050