

AUSTIN_000601