

AUSTIN_000633