

AUSTIN_000610